Placeholder